# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:04CV69-1-MU

| | |
|---|---|
| TERRANCE JAMES,<br><br>        Plaintiff,<br><br>Vs.<br><br>RANDY WILLIAMS, et al.,<br><br>        Defendants. | **ORDER** |

**THIS MATTER** comes before the Court on its own motion.

On December 5, 2004, Defendants filed a Motion for Judgment on the Pleadings asserting that Plaintiff's Complaint should be dismissed for failure to exhaust his administrative remedies. On December 16, 2004, Plaintiff responded to Defendants' Motion for Judgment on the Pleadings. In his response, Plaintiff argued, among other things, that he could not have exhausted his administrative remedies because he was transferred to another correctional institution shortly after his first grievance was rejected. After reviewing the case file, the Court has determined that it would be helpful to have Defendants file a reply brief to Plaintiff's response to Defendants' Motion for Judgment on the Pleadings.

**IT IS, THEREFORE, ORDERED that** within 30 days of the filing of this Order, the Defendants are directed to file a reply brief to Plaintiff's response to Defendant's Motion for Judgment on the Pleadings.

This _2nd___ day of __May_____, 2005.

                                                    _____
                                                    Graham C. Mullen, Chief Judge
                                                    United States District Court

*Graham C. Mullen*
*Chief United States District Judge*