# United States District Court
# For The Western District of North Carolina
# Asheville Division



TERRANCE L. JAMES,

    Plaintiff(s),

vs.

RANDY WILLIAMS, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:04cv69-1-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 24, 2005 Order.

May 24, 2005

FRANK G. JOHNS, CLERK

BY: *Elizabeth Barton*

Elizabeth Barton, Deputy Clerk